1  Etan E. Rosen, No.173728
   E-mail: erosen@bprlaw.net
2  Ralph C. Lee, No. 258608
   E-mail: rlee@bprlaw.net
3  BEYER, PONGRATZ & ROSEN
   *A Professional Law Corporation*
4  3230 Ramos Circle
   Sacramento, CA 95827
5  Telephone: (916) 369-9750
   Facsimile: (916) 369-9760
6
   Attorney for Plaintiff,
7  MOLLY ZYSMAN,
   as Guardian Ad Litem for
8  Minor J.Z.

9
                         **UNITED STATES DISTRICT COURT**
10
                           **EASTERN DISTRICT OF CALIFORNIA**
11

12  J. Z., a minor, by and through his Guardian )   No. 209-cv-03209-GEB-GGH
    Ad Litem, MOLLY ZYSMAN,                    )
13                                             )
                   Plaintiff,                  )   PETITION OF MOLLY ZYSMAN TO BE
14                                             )   APPOINTED GUARDIAN AD LITEM
                                               )   FOR MINOR, J. Z.
15         v.                                  )
                                               )   ORDER THEREON
16                                             )
                                               )   [Fed. R. Civ. Pro. 17(c); Local Rule
17  AMADOR COUNTY UNIFIED SCHOOL               )   202(a)]
    DISTRICT, a political subdivision of the   )
18  State of California, RICHARD GLOCK,        )
    ELIZABETH CHAPIN-PINOTTI, ALAN             )
19  VAN VELZEN, MARY WALSER, KARL              )
    KNOBELAUCH, DAVID DUTRA, W.                )
20  PATRICK MILLER, TERRY PORRAY,              )
    JANELLE REDKEY, WALLY UPPER, in            )
21  their individual capacities, and DOES 1-50 )
    inclusive,                                 )
22                                             )
                   Defendants.                 )
23                                             )

24         Petitioner, Molly Zysman, states as follows:

25         1.     I am the mother of the minor of the age of sixteen years, whose initials are J. Z.

26  and whose birth year is 1993.

27         2.     J. Z. has commenced this action against the above referenced defendants in the

28  above referenced case.

           3      J. Z. has no general guardian and no previous petition for appointment of a

1  guardian ad litem has been filed in the above-referenced matter.

2    4. I am a competent and responsible adult over the age of eighteen, and fully

3  competent to act as guardian ad litem for J. Z.

4    5. I am a resident of Amador County, California. I currently live at the same address

5  as J. Z.

6    6. I consent to act as guardian ad litem for J. Z. in the above-referenced action.

7

8    WHEREFORE, petitioner moves the court for an order appointing Molly Zysman as

9  guardian ad litem of J. Z. for the purpose of bringing the above referenced action.

10

11    I declare under penalty of perjury under the laws of the State of California that the

12  foregoing is true and correct.

13    Executed this _____ day of January, 2010, at _____, California.

14

15

16              _____

              Petitioner, Molly Zysman

17

18              BEYER, PONGRATZ AND ROSEN

19

20

 Dated:_____   By: _____

21

            ETAN E. ROSEN, attorney for

22              J. Z., a minor, by and through his

            Guardian Ad Litem, MOLLY ZYSMAN

23

24

25

26

27

28

Petition and Order for Appointment of Guardian Ad Litem
No. 209-cv-03209-GEB-GGH   - 1 -

## CONSENT TO ACT AS GUARDIAN AD LITEM

I, Molly Zysman, consent to act as guardian ad litem for J. Z. in the above action.

_____        _____
DATED                                                                     Molly Zysman

## **ORDER**

The Court having considered the petition of Molly Zysman for appointment as guardian ad litem for J. Z., a minor, who is Plaintiff in the above-titled action, and good cause appearing,

IT IS HEREBY ORDERED that the petition for an order appointing Molly Zysman as guardian ad litem of J.Z. is GRANTED.

IT IS SO ORDERED.

Dated:  January 21, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge