Etan E. Rosen, No.173728
E-mail: erosen@bprlaw.net
Ralph C. Lee, No. 258608
E-mail: rlee@bprlaw.net
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
Telephone: (916) 369-9750
Facsimile: (916) 369-9760

Attorney for Plaintiff,
MOLLY ZYSMAN,
as Guardian Ad Litem for
JUSTIN ZYSMAN.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**(Sacramento Division)**

| | |
|---|---|
| J. Z., a minor, by and through his Guardian Ad Litem, MOLLY ZYSMAN, <br><br>Plaintiff,<br><br>v.<br><br>AMADOR COUNTY UNIFIED SCHOOL DISTRICT, a political subdivision of the State of California, RICHARD GLOCK, ELIZABETH CHAPIN-PINOTTI, ALAN VAN VELZEN, MARY WALSER, KARL KNOBELAUCH, DAVID DUTRA, W. PATRICK MILLER, TERRY PORRAY, JANELLE REDKEY, WALLY UPPER, in their individual capacities, and DOES 1-50 inclusive,<br><br>Defendants. | No. 209-cv-03209-GEB-GGH<br><br>PLAINTIFF'S PETITION TO APPOINT JASON ZYSMAN AS GUARDIAN AD LITEM FOR MINOR, J. Z.<br>[Fed. R. Civ. Pro. 17(c); Local Rule 202(a)]<br><br>ORDER THEREON<br><br>JUDGE: The Honorable Garland E. Burrell, Jr. |

Petitioner, Molly Zysman, guardian ad litem for J. Z., states as follows:

1. I am the J. Z.'s mother and guardian ad litem for J. Z. in the above referenced case.

2. I respectfully request that the court allow the termination of my appointment as guardian ad litem of J. Z. in the above referenced case and concurrent appoint of Jason Zysman as guardian ad litem for J. Z. in the above referenced case.

3. I have been married to Jason Zysman for over a decade and know him to be a competent and responsible person, and fully competent to act as guardian ad litem for J. Z.

4. I know Jason Zysman is a resident of Amador County, California and currently lives at the same address as J. Z and myself.

5. I request that my appointment as guardian ad litem for J. Z. in the above-referenced action be terminated concurrently with the appointment of Jason Zysman as guardian ad litem for J. Z. in the above-referenced action.

6. I nominate and consent to appoint Jason Zysman as guardian ad litem for J. Z. in the above-referenced action.

WHEREFORE, petitioner, Molly Zysman, moves the court for an order terminating her appointment as guardian ad litem of J. Z. concurrently with appointment of Jason Zysman as guardian ad litem of J. Z. for the purpose of bringing the above referenced action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this _____ day of March, 2010, at _____, California.

_____
Petitioner, Molly Zysman

Petition and Order for Appointment of Guardian Ad Litem
No. 209-cv-03209-GEB-GGH              - 1 -

Guardian ad litem for J. Z. Petitioner, Jason Zysman, states as follows:

1.   I am the father of the minor of the age of sixteen years, whose initials are J. Z. and whose birth year is 1993.

2.   J. Z. has commenced this action against the above referenced defendants in the above referenced case.

3   J. Z. has no general guardian and his current guardian ad litem requests, concurrently herewith, that her appointment be terminated.

4.   I am a competent and responsible person, and fully competent to act as guardian ad litem for J. Z.

5.   I am a resident of Amador County, California.  I currently live at the same address as J. Z.

6.   I consent to act as guardian ad litem for J. Z. in the above-referenced action.

WHEREFORE, petitioner, Jason Zysman, moves the court for an order appointing him as guardian ad litem of J. Z. for the purpose of bringing the above referenced action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this _____ day of March, 2010, at _____, California.

_____
Petitioner, Jason Zysman

BEYER, PONGRATZ AND ROSEN

Dated:_____       By: _____
                                         ETAN E. ROSEN, attorney for

Stipulated Petition and Order for Substitution of Guardian Ad Litem
No. 209-cv-03209-GEB-GGH                    - 2 -

J. Z., a minor, by and through his
Guardian Ad Litem, MOLLY ZYSMAN

**CONSENT TO ACT AS GUARDIAN AD LITEM**

I, Molly Zysman, consent to be removed as guardian ad litem for J. Z. in the above action.

DATED:

_____
Molly Zysman

**CONSENT TO BE REMOVED FROM APPOINTMENT AS GUARDIAN AD LITEM**

I, Jason Zysman, consent to act as guardian ad litem for J. Z. in the above action.

DATED:

_____
Jason Zysman

Stipulated Petition and Order for Substitution of Guardian Ad Litem
No. 209-cv-03209-GEB-GGH                      - 3 -

# ORDER

The Court having considered: the petition of Molly Zysman for termination of her appointment upon concurrent appointment of Jason Zysman as guardian ad litem for the minor, J. Z., who is Plaintiff in the above-titled action; the petition of Jason Zysman for appointment as guardian ad litem for J. Z.; and good cause appearing,

IT IS HEREBY ORDERED that the petition for an order appointing Jason Zysman as guardian ad litem of J. Z. is GRANTED.

IT IS SO ORDERED.

Dated: February 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge