1   ALESA SCHACHTER (SBN 102542
    JASON M. SHERMAN (SBN 245190
2   JOHNSON SCHACHTER & LEWIS
    A Professional Law Corporation
3   California Plaza
    2180 Harvard Street, Suite 560
4   Sacramento, CA 95815
    Telephone: (916) 921-5800
5   Facsimile: (916) 921-0247

6   Attorneys for AMADOR COUNTY UNIFIED SCHOOL DISTRICT and ALLAN VAN
    VELZEN
7

8

9                   **IN THE UNITED STATES DISTRICT COURT**

10      **IN AND FOR THE EASTERN DISTRICT DISTRICT OF CALIFORNIA**

11

12  J. Z., a minor, by and through his Guardian ad     )   Case No. 2:09-cv-03209-GEB-GGH
    Litem, MOLLY ZYSMAN,                                )
13                                                       )   **STIPULATION AND PROTECTIVE**
                                                         )   **ORDER RE: DOCUMENTS**
                   Plaintiff                             )   **CONCERNING PLAINTIFF**
14                                                       )
    v.                                                   )
15                                                       )
    AMADOR COUNTY UNIFIED SCHOOL                         )
16  DISTRICT, a political subdivison of the State        )
    of Caklifornia, RICHARD GLOCK.                       )
17  ELIZABETH CAHPIN-PINOTTI, ALAN                       )
    VAN VELZEN, MARY WALSER, KARL                        )
18  KNOBELAUCH, DAVID DUTRA, W.                          )
    PATRICK MILLER, TERRY PORRAY,                        )
19  JANELLE REDKEY, WALLY UPPER, in                      )
    their individual capacities, and DOES 1-50,          )
20  inclusive,                                           )
                                                         )
21                 Defendants.                           )
                                                         )
22  _____ )

23

24

25

26

27

28

                                     1

1.      Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, and/or private information for which the parties seek special protection from public disclosure and from use for any purpose other than in connection with the instant litigation.  Accordingly, the parties hereby stipulate to the following protective order.

2.      The following "Documents" are protected under the terms and conditions of this stipulated protective order:

Plaintiff J.Z.'s academic records and disciplinary records from Amador County Unified School District;

Plaintiff J.Z.'s academic records and disciplinary records from any other school districts that Plaintiff J.Z.'s has attended or will attend;

Any and all records regarding Plaintiff J.Z. from a mental health care provider, including, but not limited to, psychiatric, psychological, and counseling records;

Any and all records from a mental health care provider concerning Plaintiff J.Z.'s family including, but not limited to, psychiatric, psychological, and counseling records;

Any and all records regarding Plaintiff J.Z. from a healthcare provider;

Any juvenile criminal and/or law enforcement records regarding Plaintiff J.Z. including, but not limited to, law enforcement department records regarding the incident(s) that form the subject of Plaintiff J.Z. Complaint, as well as any other matters.

3.      It is agreed that these Documents, and any part of them, shall be used solely in connection with this litigation and the preparation and trial of this case, or any related appellate proceeding, and not for any other purpose, including any other litigation.

4.      The parties acknowledge that this stipulated protective order creates no entitlement to file confidential information under seal or to file documents redacted of confidential information as set forth in Civil Local Rule 140 and 141.

5.      These Documents may not be disclosed except as set forth in paragraph 6. "Disclosed" means that the documents themselves, or copies of the documents, or the substance of the documents is disseminated to any person by any means.

6.      The Documents shall be retained by counsel and shall not be disclosed to anyone other than:

    a.)    Counsel for any party to this action;

    b.)    Paralegal, stenographic, clerical and secretarial personnel, regularly employed by counsel referred to in (a) and law students assigned to this case;

    c.)    Parties and party witnesses;

    d.)    Court reporters;

    e.)    Court personnel including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action;

    f.)    Any outside expert or consultant retained in connection with this action, and not otherwise employed by either party;

    g.)    Any "in house" expert designated by defendant to testify at trial in this matter;

    h.)    Witnesses may have the documents disclosed to them during deposition proceedings on a "need to know" basis; the witnesses may not leave the deposition with copies of the documents, and shall be bound by the provisions of paragraph (5);

    i.)    Third-party contractors involved in photocopying or filing of computerized data;

    j.)    Mediators and/or other third parties who assist the parties in any type of alternative dispute resolution.

7.      Each person to whom disclosure is made, with the exception of counsel who are presumed to know the contents of this protective order, shall, prior to the time of disclosure, be provided by the person furnishing him/her such material a copy of this order, and shall agree on the record or in writing that he/she has read the protective order, and that he/she understands the provisions of the protective order.  Such person also must consent to be subject to the jurisdiction of this Court with respect to any proceeding for contempt.  Unless made on the record in this

litigation, counsel making disclosure to any person described above shall retain the original

executed copy of said agreement until final termination of this litigation.

        8.      At the conclusion of the trial and of any appeal or upon other termination of this

litigation, Plaintiffs may request the return or destruction of all Documents and all copies thereof

made by or on behalf of other parties, and the other parties shall comply with such request unless

otherwise ordered by the Court.

        9.      The foregoing is without prejudice to the right of any party: a) to apply to the

court for a further protective order relating to any confidential material or relating to discovery in

this litigation; b) to apply to the court for an order compelling production of documents or

modification of this order or for any order permitting disclosure of the Documents beyond the

terms of this Order.

**IT IS SO STUPULATED, THROUGH COUNSEL OF RECORD**

Date: 2/21/2010                          BEYER, PONGRATZ & ROSEN
                                         A Professional Law Corporation




                                         By:  /s/ Etan E. Rosen
                                         ETAN E. ROSEN
                                         Attorney for Plaintiff J.Z.

JOHNSON SCHACHTER & LEWIS                TELEPHONE: (916) 921-0247

Date: 2/24/10                            JOHNSON SCHACHTER & LEWIS
                                         A Professional Law Corporation




                                         By: /s/ Alesa Schachter
                                         ALESA SCHACHTER,
                                         Attorneys for Defendants, AMADOR COUNTY
                                         UNIFIED SCHOOL DISTRICT and ALLAN VAN
                                         VELZEN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: March 22, 2010           /s/ Gregory G. Hollows
_____
                                 United States Magistrate Judge


zysman.po

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOHNSON SCHACHTER & LEWIS   TELEPHONE: (916) 921-0247