Etan E. Rosen, Esq.  (SBN 173728)
Ralph E. Lee, Esq. (SBN 258608)
BEYER, PONGRATZ & ROSEN
*A Professional Law Corporation*
3230 Ramos Circle
Sacramento, CA 95827
(916) 369-9750-telephone
(916) 369-9760-facsimile

Attorneys for Plaintiff,
J. Z., a minor, by and through
his Guardian ad Litem, JASON ZYSMAN.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. Z., a minor, by and through his Guardian ad Litem, JASON ZYSMAN, <br><br> Plaintiff, <br><br> v. <br><br> AMADOR COUNTY UNIFIED SCHOOL DISTRICT, a political subdivision of the State of California, ALLAN VAN VELZEN, in his individual capacity, and DOES 1-50 inclusive, <br><br> Defendants. | Case No. 2:09-cv-03209-GEB-GGH <br><br> **[PROPOSED] ORDER APPROVING EARLY PARTIAL-DISBURSEMENT OF FUNDS FROM BLOCKED ACCOUNT** <br><br> Honorable Garland E. Burrell, Jr. |

WHEREAS by order of this Court dated July 19, 2010, certain funds were deposited into an FDIC insured blocked account at El Dorado Savings Bank ("Depository"), account number ending with XXX-X1-559, on behalf of J. Z. and were not to be withdrawn without court order or until August 20, 2011, the date on which J. Z. reaches the age of majority.

IT IS HEREBY ORDERED that the Depository is hereby authorized and directed to pay by check or draft directly to Jason Zysman, upon demand, the sum of $5330.52 (five thousand three hundred and thirty dollars and fifty-two cents) from El Dorado Savings Bank, account number ending with XXX-X1-559, any time before August 20, 2011 and before J. Z. reaches the age of majority, from said blocked account of J. Z. to be disbursed to J. Z. for costs incurred by

1

J. Z. or on his behalf attendant to his college education prior to August 20, 2011.

**IT IS SO ORDERED:**

**Dated: April 21, 2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

ORDER APPROVING EARLY PARTIAL-DISBURSEMENT           J. Z. v. A.U.S.D.
OF FUNDS FROM BLOCKED ACCOUNT                        Case No. 2:09-cv-03209-GEB-GGH